**No. 10-8960. Betsey Warren Lebbos, Petitioner v. Linda Schuette.**

563 U.S. 942, 131 S. Ct. 2106, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3047.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8963. Allan Lewis, Petitioner v. New Hampshire Judicial Branch, et al.**

563 U.S. 942, 131 S. Ct. 2106, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3069.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

**No. 10-8965. James Johnson, Petitioner v. District Attorney of Lawrence County, Pennsylvania, et al.**

563 U.S. 942, 131 S. Ct. 2106, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3046.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8968. Jason Taylor, Petitioner v. Arkansas.**

563 U.S. 942, 131 S. Ct. 2106, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3089.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 372, 372 S.W.3d 769.

**No. 10-8970. Eugene Watson, Petitioner v. Pennsylvania Department of Corrections, et al.**

563 U.S. 943, 131 S. Ct. 2144, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3141.

April 18, 2011. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

Same case below, 990 A.2d 164.

**No. 10-8975. Kaquwan Milligan, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3113.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8977. Efrain Morales, Petitioner v. California.**

563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3158.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.